**Order entered September 24, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-13-00216-CR
No. 05-13-00776-CR

**JOSHUA WORRELL, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 194th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause Nos. F06-18181-M, F06-18182-M**

## ORDER

The Court **REINSTATES** the appeals.

On August 23, 2013, we ordered the trial court to make findings regarding why the reporter's record had not been filed. On September 23, 2013, we received the reporter's record. Therefore, in the interest of expediting the appeals, we **VACATE** the August 23, 2013 order requiring findings.

Appellant's brief is due within thirty days of the date of this order.

/s/  DAVID EVANS
    JUSTICE